O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR12-468-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| CHAUNCEY RANSOM, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On August 19, 2013 and June 16, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on July 18, 2013 and June 12, 2014. Government counsel, Tracy Wilkison, the defendant and his appointed DFPD attorney, Christopher Dybwad, were present. The U.S. Probation Officer, Cordale Johnson, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on July 18, 2013 and June 12, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 9, 2001.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of eighteen (18)

///

months, to be served consecutively to the sentence imposed in the Northern District of Ohio, Case No. CR13-00405, with no supervision to follow.

FILE/DATED:     June 16, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
     Catherine M. Jeang,  Deputy Clerk

2